**Electronically Filed
Supreme Court
SCWC-21-0000325
18-NOV-2022
12:18 PM
Dkt. 12 ODAC**

SCWC-21-0000325

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KRISTOPHER KALANI,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000325; CASE NO. 1CPC-18-0000360)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on October 3, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 18, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

